# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TYLER DESOUZA,

    Plaintiff,

v.

AEROCARE HOLDINGS LLC,

    Defendant.

Case No. 6:22-cv-1047-RBD-LHP

## JOINT MOTION TO STAY AEROCARE'S DEADLINE TO ANSWER COUNT II OF PLAINTIFF'S THIRD AMENDED COMPLAINT

Plaintiff Tyler DeSouza ("**Plaintiff**") and Defendant AeroCare Holdings LLC ("**AeroCare**") (collectively, the "**Parties**"), by and through their respective undersigned counsel, hereby jointly filed this Motion to Stay AeroCare's Deadline to Answer Count II of Plaintiff's Third Amended Complaint and state as follows:

1. AeroCare intends to file a Motion to Dismiss Plaintiff's Third Amended Complaint in part by no later than October 3, 2022.

2. AeroCare does not intend to move to dismiss Count II of Plaintiff's Third Amended Complaint.

3. In the interest of efficiency, the parties jointly request that this Court suspend AeroCare's deadline to file an answer to the allegations of Count II of the Third Amended Complaint while AeroCare's partial Motion to Dismiss is pending.

313499569.2

4. The parties further request that this Court enter an Order that AeroCare's answer to the Third Amended Complaint will be due within twenty-one (21) days of a ruling on AeroCare's Motion to Dismiss.

WHEREFORE, the parties jointly request that this Court enter an Order that stays AeroCare's deadline to file an answer to the allegations of Count II of the Third Amended Complaint pending a ruling on Aerocare's partial Motion to Dismiss and that orders AeroCare to file an Answer to the Third Amended Complaint within twenty-one (21) days of a ruling on AeroCare's Motion to Dismiss.

Dated: October 3, 2022

| | |
|---|---|
| */s/Jeremy M. Glapion* | */s/Jonathan B. Morton* |
| Jeremy M. Glapion<br>(admitted *pro hac vice*)<br>jmg@glapionlaw.com<br>**THE GLAPION LAW FIRM, LLC**<br>1704 Maxwell Drive<br>Wall, New Jersey 07719<br>Telephone: 732-455-9737<br>Facsimile: 732-965-8006 | Jonathan B. Morton<br>Florida Bar No. 956872<br>jonathan.morton@klgates.com<br>**K&L GATES LLP**<br>Southeast Financial Center<br>200 South Biscayne Boulevard<br>Suite 3900<br>Miami, Florida 33131<br>Telephone: 305-539-3300<br>Facsimile: 305-358-7095 |
| Bradford R. Sohn<br>Florida Bar No. 98788<br>**THE BRAD SOHN LAW FIRM PLLC**<br>1600 Ponce DeLeon Boulevard<br>Suite 1205<br>Coral Gables, Florida 33134 | Joseph C. Wylie<br> (admitted *pro hac vice*)<br>joseph.wylie@klgates.com<br>Nicole C. Mueller<br>(admitted *pro hac vice*)<br>nicole.mueller@klgates.com<br>**K&L GATES LLP** |

313499569.2

Telephone: 786-708-9750
Facsimile: 305-397-0650

*Counsel for Plaintiff Tyler DeSouza
and Putative Classes*

70 W. Madison St.
Suite 3100
Chicago, Illinois 60602
Telephone: 312-372-1121
Facsimile: 312-827-8000

*Counsel for Defendant
AeroCare Holdings LLC*

313499569.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served via CM/ECF on all counsel of record on this 3rd day of October 2022.

*/s/ Jonathan B Morton*
Jonathan B. Morton

313499569.2