UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TYLER DESOUZA,

    Plaintiff,

v.

AEROCARE HOLDINGS LLC,

    Defendant.

Case No. 6:22-cv-1047-RBD-LHP

**DEFENDANT AEROCARE HOLDINGS LLC'S
REQUEST FOR ORAL ARGUMENT**

Defendant, AeroCare Holdings LLC, pursuant to Local Rule 3.01(h), requests oral argument on its Motion to Dismiss Count I of Plaintiff's Third Amended Class Action Complaint filed contemporaneously with this request. Defendant estimates that a total of one hour will be required for oral argument on the Motion.

Defendant's Motion presents several complex questions involving the constitutionality of several provisions of the Florida Telephone Solicitation Act ("FTSA"). In particular, Defendant's Motion raises issues regarding the unconstitutional vagueness of certain definitions, the FTSA's violation of the Dormant Commerce Clause, and the FTSA's violation of the First Amendment by imposing a content-based speech restriction. These arguments are complex, multi-faceted, and not yet addressed by the Eleventh Circuit.

313274481.2

In light of the complicated nature of these unsettled questions of law, the undersigned believes that oral argument on these matters will aid the Court in ruling on the Motion.

Dated: October 3, 2022

Respectfully submitted,

K&L GATES LLP

By: */s/ Jonathan B Morton*
    Jonathan B. Morton
    Florida Bar No. 956872
    jonathan.morton@klgates.com
    Southeast Financial Center
    200 South Biscayne Boulevard
    Suite 3900
    Miami, Florida 33131
    Telephone: 305-539-3300
    Facsimile: 305-358-7095

    Joseph C. Wylie
    (admitted *pro hac vice*)
    joseph.wylie@klgates.com
    Nicole C. Mueller
    (admitted *pro hac vice*)
    nicole.Mueller@klgates.com
    70 W. Madison St.
    Suite 3100
    Chicago, Illinois 60602
    Telephone: 312-372-1121
    Facsimile: 312-827-8000

    *Attorneys for AeroCare Holdings LLC*

313274481.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served via CM/ECF on all counsel of record on this 3rd day of October 2022.

*/s/ Jonathan B Morton*
Jonathan B. Morton

313274481.2