# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TYLER DESOUZA,

    Plaintiff,

v.

AEROCARE HOLDINGS, LLC,

    Defendant.

Case No. 6:22-cv-1047-RBD-LHP

## Defendant's Notice of Constitutional Question

Pursuant to Rule 5.1 of the Federal Rules of Civil Procedure, Defendant AeroCare Holdings, LLC ("AeroCare") hereby gives notice that it has asserted a constitutional challenge to the Florida Telephone Solicitation Act, Fla. Stat. § 501.059 ("FTSA") in its Motion to Dismiss Count I of Plaintiff's Third Amended Class Action Complaint (the "Motion"). Specifically, AeroCare asserts three challenges to the FTSA. First, the FTSA is vague in that it is impossible for a reasonable person to discern what conduct can be penalized under the terms of the statute. Second, by impermissibly interfering with interstate commerce, the FTSA violates the Dormant Commerce Clause. Third, because the FTSA imposes content-specific prohibitions on speech, it is facially unconstitutional under the First Amendment.

313156123.2

The parties in this action do not include the State of Florida, one of its agencies, or one of its officers or employees in an official capacity. In compliance with Rule 5.1(a)(2), AeroCare will serve the Florida Attorney General with a copy of this Notice and the Motion via certified mail.

Dated: October 3, 2022

Respectfully submitted,

K&L GATES LLP

By: /s/ Jonathan B Morton
Jonathan B Morton
Florida Bar No. 956872
jonathan.morton@klgates.com
Southeast Financial Center
200 South Biscayne Boulevard
Suite 3900
Miami, Florida 33131
Telephone: 305-539-3300
Facsimile: 305-358-7095

Joseph C. Wylie
(admitted *pro hac vice*)
joseph.wylie@klgates.com
Nicole C. Mueller
(admitted *pro hac vice*)
nicole.Mueller@klgates.com
70 W. Madison St.
Suite 3100
Chicago, Illinois 60602
Telephone: 312-372-1121
Facsimile: 312-827-8000

*Attorneys for AdaptHealth Corp.*

313156123.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served via CM/ECF on all counsel of record on this 3rd day of October 2022.

/s/Jonathan B. Morton

I HEREBY CERTIFY that the foregoing was also served by Certified U.S. Mail upon the following:

Ms. Ashley Moody
Office of the Attorney General State of Florida
PL-01 The Capitol
Tallahassee, FL 32399-1050

/s/Jonathan B. Morton

313156123.2