UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TYLER DESOUZA,

    Plaintiff,

v.                                          Case No. 6:22-cv-1047-RBD-LHP

AEROCARE HOLDINGS LLC,

    Defendant.
_____

## ORDER

Before the Court is the parties' Joint Motion to Stay Aerocare's Deadline to Answer Count II of Plaintiff's Third Amended Complaint (Doc. 32 ("Motion").) The Motion is due to be granted.

Plaintiff filed a Third Amended Complaint ("TAC") alleging violations of the Florida Telephone Solicitation Act ("FTSA") (Count I) and the Telephone Consumer Protection Act (Count II). (Doc. 28.) In response, Defendant moved to dismiss Count I only, raising constitutional questions as to the FTSA. (*See* Doc. 33.) The parties now move to stay the time required for Defendant to answer Count II of the TAC until the Court rules on the motion to dismiss. (Doc. 32.)

"A defendant who raises a Rule 12(b) motion against some, but not all, counts asserted against [it] is entitled to an extension of time to respond to the entire complaint." *Buckles v. Focus on Innovation, Inc.*, No. 6:13-cv-1198, 2013 WL

5305683, at *5 (M.D. Fla. Sept. 20, 2013). A court may set a time for this response. Fed. R. Civ. P. 12(a)(4).

In light of this and the parties' representations, the Motion is due to be granted. Defendant's answer to Count II of the TAC will be due 21 days after the Court's ruling on the motion to dismiss.

Accordingly, it is **ORDERED AND ADJUDGED:**

1. The Motion (Doc. 32) is **GRANTED**.

2. Defendant is **DIRECTED** to file an answer within 21 days of the Court's ruling on the motion to dismiss (Doc. 33).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 6, 2022.



ROY B. DALTON JR.
United States District Judge