# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| TYLER DESOUZA, | Case No. 6:22-cv-1047-RBD-LHP |
| Plaintiff, | |
| v. | |
| AEROCARE HOLDINGS LLC, | |
| Defendant. | |

## JOINT NOTICE OF SELECTION OF MEDIATOR

Pursuant to the Court's Orders dated September 23, 2022, Plaintiff Tyler DeSouza ("**Plaintiff**") and Defendant AeroCare Holdings LLC ("**AeroCare**") (collectively, the "**Parties**"), by and through their respective undersigned counsel, hereby jointly notify the Court that they have conferred and selected the following mediator:

Hon. James F. Holderman (Ret.)
JAMS

Additionally, in the event that Judge Holderman is unavailable, the Parties further notify the Court that they have agreed upon the following alternative mediator:

Rodney A. Max
Upchurch Watson White & Max

313567858.1

Dated: October 7, 2022

| | |
|---|---|
| */s/Jeremy M. Glapion* | */s/Jonathan B. Morton* |

Jeremy M. Glapion
(admitted *pro hac vice*)
jmg@glapionlaw.com
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Telephone: 732-455-9737
Facsimile: 732-965-8006

Bradford R. Sohn
Florida Bar No. 98788
**THE BRAD SOHN LAW FIRM PLLC**
1600 Ponce DeLeon Boulevard
Suite 1205
Coral Gables, Florida 33134
Telephone: 786-708-9750
Facsimile: 305-397-0650

*Counsel for Plaintiff Tyler DeSouza*
*and Putative Classes*

Jonathan B. Morton
Florida Bar No. 956872
jonathan.morton@klgates.com
**K&L GATES LLP**
Southeast Financial Center
200 South Biscayne Boulevard
Suite 3900
Miami, Florida 33131
Telephone: 305-539-3300
Facsimile: 305-358-7095

Joseph C. Wylie
 (admitted *pro hac vice*)
joseph.wylie@klgates.com
Nicole C. Mueller
(admitted *pro hac vice*)
nicole.mueller@klgates.com
**K&L GATES LLP**
70 W. Madison St.
Suite 3100
Chicago, Illinois 60602
Telephone: 312-372-1121
Facsimile: 312-827-8000

*Counsel for Defendant*
*AeroCare Holdings LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served via CM/ECF on all counsel of record on this 7th day of October 2022.

<i>/s/      Jeremy M. Glapion</i>