UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| TYLER DESOUZA, <br><br> Plaintiff, <br><br> v. <br><br> AEROCARE HOLDINGS LLC, <br><br> Defendant. | Case No. 6:22-cv-1047-RBD-LHP |

## JOINT MOTION TO STAY

Plaintiff Tyler DeSouza ("**Plaintiff**") and Defendant AeroCare Holdings LLC ("**AeroCare**") (collectively, the "**Parties**"), by and through their respective undersigned counsel, respectfully submit this joint motion to stay, and state as follows:

## INTRODUCTION

1. AeroCare's Motion to Dismiss Count I of Plaintiff's Third Amended Class Action Complaint (Doc. 33) (the "**Motion to Dismiss**") is fully briefed by the Parties. *See* Memorandum in Opposition to Motion to Dismiss (Doc. 39).

2. As the Motion to Dismiss does not address the allegations of Count II of Plaintiff's Third Amended Complaint, the Court ordered that AeroCare's deadline to answer with respect to Count II would be stayed while the Motion to Dismiss is decided. *See* (Doc. 32).

313891657.1

3. Mediation in this matter is currently scheduled for January 4, 2023 before Rodney Max. *See* (Doc. 38).

4. The Parties are hopeful that mediation will be fruitful and result in the resolution of this matter, obviating the need for a hearing and ruling on the Motion to Dismiss.

5. Accordingly, the Parties request that the Court stay all matters and deadlines in this litigation until after January 4, 2023, the date of the mediation.

6. Should the Parties fail to resolve this matter at mediation, they will promptly inform the Court and submit a new joint scheduling order on or before January 13, 2023.

7. Permitting the Parties to move forward with mediation without any further activity or substantive deadlines in this matter will promote efficient use of client and judicial resources.

8. The Parties believe the impact on the overall schedule will be minimal, as per the Court's Case Management and Scheduling Order (Doc. 29), the only impacted deadline prior to the mediation is the amendment deadline of November 28, 2022. Discovery is not due until December 1, 2023, and all following deadlines are set for 2024.

313891657.1

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that this Court grant their motion to stay and grant any and all other such relief that this Court may deem just and proper.

Dated: November 8, 2022

| | |
|---|---|
| */s/Jeremy M. Glapion* | */s/Jonathan B. Morton* |
| Jeremy M. Glapion | Jonathan B. Morton |
| (admitted *pro hac vice*) | Florida Bar No. 956872 |
| jmg@glapionlaw.com | jonathan.morton@klgates.com |
| **THE GLAPION LAW FIRM, LLC** | **K&L GATES LLP** |
| 1704 Maxwell Drive | Southeast Financial Center |
| Wall, New Jersey 07719 | 200 South Biscayne Boulevard |
| Telephone: 732-455-9737 | Suite 3900 |
| Facsimile: 732-965-8006 | Miami, Florida 33131 |
| | Telephone: 305-539-3300 |
| | Facsimile: 305-358-7095 |
| Bradford R. Sohn | |
| Florida Bar No. 98788 | Joseph C. Wylie |
| **THE BRAD SOHN LAW FIRM PLLC** | (admitted *pro hac vice*) |
| | joseph.wylie@klgates.com |
| 1600 Ponce DeLeon Boulevard | Nicole C. Mueller |
| Suite 1205 | (admitted *pro hac vice*) |
| Coral Gables, Florida 33134 | nicole.mueller@klgates.com |
| Telephone: 786-708-9750 | **K&L GATES LLP** |
| Facsimile: 305-397-0650 | 70 W. Madison St. |
| | Suite 3100 |
| *Counsel for Plaintiff Tyler DeSouza and Putative Classes* | Chicago, Illinois 60602 |
| | Telephone: 312-372-1121 |
| | Facsimile: 312-827-8000 |
| | *Counsel for Defendant AeroCare Holdings LLC* |

3

313891657.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served via CM/ECF on all counsel of record on this 23rd day of November, 2022.

*/s/ Jeremy M. Glapion*
Jeremy M. Glapion

313891657.1