# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TYLER DESOUZA,

     Plaintiff,

v.                                    Case No. 6:22-cv-1047-RBD-LHP

AEROCARE HOLDINGS LLC,

     Defendant.
_____

## ORDER

Before the Court is the parties' Joint Motion to Stay (Doc. 40 ("Motion")). The parties represent that they are hopeful that their upcoming mediation will resolve the case and ask for a stay until after the mediation. (*Id.* at 1–2.) While the Court encourages mediation, it will not delay the docket in the meantime.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion (Doc. 40) is **DENIED**. The parties are reminded that they must immediately notify the Court if they do resolve the case. *See* Local Rule 3.09.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 30, 2022.

ROY B. DALTON JR.
United States District Judge