UNITED STATES DISTRICT COUT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 22-CV-1047

TYLER DESOUZA, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

AEROCARE HOLDINGS LLC,

    Defendant.
_____/

## MEDIATOR'S REPORT TO COURT

Please be advised that the above styled case was successfully mediated for which the attorneys are preparing the proposed settlement documentation for the Court's review and approval. Please note that said attorneys have done an outstanding job of achieving this preliminary resolution, subject to Court approval, while representing the best interests of their clients. I appreciate the opportunity to have been of service to the parties, their counsel, and the Court.

Respectfully submitted,

*Rodney A. Max*
Rodney A. Max

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of January, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*Rodney A. Max*

RODNEY A. MAX

**UPCHURCH WATSON WHITE & MAX**
1400 Hand Avenue, Suite D
Ormond Beach, FL  32174
800-264-2622