# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| TYLER DESOUZA, | Case No. 6:22-cv-1047-RBD-LHP |
| Plaintiff, | |
| v. | |
| AEROCARE HOLDINGS LLC, | |
| Defendant. | |

## JOINT MOTION TO RE-OPEN CASE FOR SETTLEMENT PROCEEDINGS

Plaintiff Tyler DeSouza ("**Plaintiff**") and Defendant AeroCare Holdings LLC ("**AeroCare**") (collectively, the "**Parties**"), by and through their respective undersigned counsel, respectfully submit this joint motion to re-open the case for settlement proceedings.

## INTRODUCTION

1. On January 4, 2023, the Parties participated in a mediation with Rodney Max.

2. On January 6, 2023, the Parties agreed to the material financial terms of a class-wide settlement agreement.

3. On January 12, 2023, Mr. Max notified the Court of the successful mediation. [Dkt. 43.]

4. On January 19, 2023, the Court issued an order dismissing this case, "subject to the right of any party to move the Court within sixty (60) days thereafter … for good cause shown, to reopen the case for further proceedings." [Dkt. 44.]

5. This sixty-day period expires on March 20, 2023.

6. The Parties have been working diligently on finalizing the full settlement agreement and anticipate its completion shortly.

7. As the settlement is on a class-wide basis, the Parties are required to submit the settlement to the Court for consideration, pursuant to Fed. R. Civ. P. 23(e)(2).

8. Accordingly, the Parties respectfully request that the Court re-open this matter for further proceedings to allow the Parties to take the steps necessary to submit the settlement to the Court for oversight, approval, and finalization.

9. Specifically, Plaintiff anticipates filing a consented to Fourth Amended Complaint, and a Motion for Preliminary Approval and Certification of the Settlement Class, by March 31, 2023 or within one week of a Court order re-opening this matter, whichever is later.

10. Within this Motion for Preliminary Approval, the Parties will propose a schedule up to and including the required final approval hearing.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that this Court grant this Motion to Re-open this case for settlement proceedings, and grant any and all other such relief that this Court may deem just and proper.

Dated: March 15, 2023

*/s/Jeremy M. Glapion* */s/Jonathan B. Morton*

| | |
|---|---|
| Jeremy M. Glapion | Jonathan B. Morton |
| (admitted *pro hac vice*) | Florida Bar No. 956872 |
| jmg@glapionlaw.com | jonathan.morton@klgates.com |
| **THE GLAPION LAW FIRM, LLC** | **K&L GATES LLP** |
| 1704 Maxwell Drive | Southeast Financial Center |
| Wall, New Jersey 07719 | 200 South Biscayne Boulevard |
| Telephone: 732-455-9737 | Suite 3900 |
| Facsimile: 732-965-8006 | Miami, Florida 33131 |
| | Telephone: 305-539-3300 |
| | Facsimile: 305-358-7095 |
| Bradford R. Sohn | |
| Florida Bar No. 98788 | Joseph C. Wylie |
| **THE BRAD SOHN LAW FIRM PLLC** | (admitted *pro hac vice*) |
| 1600 Ponce DeLeon Boulevard | joseph.wylie@klgates.com |
| Suite 1205 | Nicole C. Mueller |
| Coral Gables, Florida 33134 | (admitted *pro hac vice*) |
| Telephone: 786-708-9750 | nicole.mueller@klgates.com |
| Facsimile: 305-397-0650 | **K&L GATES LLP** |
| | 70 W. Madison St. |
| *Counsel for Plaintiff Tyler DeSouza and Putative Classes* | Suite 3100 |
| | Chicago, Illinois 60602 |
| | Telephone: 312-372-1121 |
| | Facsimile: 312-827-8000 |
| | |
| | *Counsel for Defendant AeroCare Holdings LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served via CM/ECF on all counsel of record on this 15th day of March, 2023.

*/s/ Jeremy M. Glapion*
Jeremy M. Glapion
