UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TYLER DESOUZA,

    Plaintiff,

v.                                          Case No. 6:22-cv-1047-RBD-LHP

AEROCARE HOLDINGS LLC,

    Defendant.
_____

## ORDER

Before the Court is the parties' Joint Motion to Re-Open Case for Settlement Proceedings. (Doc. 45 ("Motion").) In this putative class action, the parties previously participated in mediation and a report was filed indicating they were preparing a settlement. (Doc. 43.) So the Court dismissed the case with prejudice, allowing the parties to move to re-open the case for good cause within sixty days. (Doc. 44.) The parties now move to re-open, representing that a settlement was reached on a class-wide basis and must be approved by the Court per Federal Rule of Civil Procedure 23(e)(2). (Doc. 45.) So the case is due to be reopened so that Plaintiff may file a motion for preliminary approval and certification of the settlement class.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The Motion (Doc. 45) is **GRANTED**.

2. The Clerk is **DIRECTED** to reopen this case.

3. By **Friday, March 31, 2023**, Plaintiff is **DIRECTED** to file a motion for preliminary approval and certification of the settlement class.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 18, 2023.

ROY B. DALTON JR.
United States District Judge