## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **TYLER DESOUZA,** on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**AEROCARE HOLDINGS LLC,**<br><br>**Defendant.** | Civil Case No.: 22-cv-1047 |

## NOTICE OF LEAD COUNSEL DESIGNATION

Plaintiff, Tyler DeSouza, hereby designates Jeremy M. Glapion as lead counsel for Plaintiff in this matter.

Dated: March 21, 2023

*/s/ Jeremy M. Glapion*
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com