# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| TYLER DESOUZA,<br><br>      Plaintiff,<br><br>v.<br><br>AEROCARE HOLDINGS LLC,<br><br>      Defendant. | Case No. 6:22-cv-1047-RBD-LHP |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL AND RELATED SETTLEMENT DOCUMENTS

Plaintiff Tyler DeSouza ("**Plaintiff**") and Defendant AeroCare Holdings LLC ("**AeroCare**") (collectively, the "**Parties**"), by and through their respective undersigned counsel, respectfully move for a seven (7) day extension to move for preliminary approval of the Settlement Agreement between Plaintiff and Defendant AeroCare Holdings LLC and forthcoming Defendant AdaptHealth Corp, and file related documents.

## INTRODUCTION

1. On January 4, 2023, the Parties participated in a mediation with Rodney Max.

2. On January 6, 2023, the Parties agreed to the material financial terms of a class-wide settlement agreement.

3. On January 12, 2023, Mr. Max notified the Court of the successful mediation. [Dkt. 43.]

4. On January 19, 2023, the Court issued an order dismissing this case, "subject to the right of any party to move the Court within sixty (60) days thereafter … for good cause shown, to reopen the case for further proceedings." [Dkt. 44.]

5. Prior to the expiration of this 60-day period, the Parties jointly moved to re-open the case for settlement proceedings. [Dkt. 45.]

6. The Court granted this Motion on March 20, 2023 [Dkt. 46.]

7. The Parties have been working to finalize the Agreement, and have reached near-final versions of:

    a. the draft Fourth Amended Complaint;

    b. a consent Motion to file the Fourth Amended Complaint;

    c. the Settlement Agreement;

    d. draft notice documents and claim forms

    e. the draft consent Motion for Preliminary Approval;

    f. a draft consent Motion for Leave to File an Overlength Brief.

8. The Parties, however, require a short extension to obtain the requisite final approvals and signatures before submitting these documents to the Court.

9. Accordingly, the Parties respectfully ask the Court for an additional seven (7) days to file the Motion for Preliminary Approval and related settlement documents.

Dated: March 31, 2023

| */s/Jeremy M. Glapion* | */s/Jonathan B. Morton* |
|---|---|
| Jeremy M. Glapion<br>(admitted *pro hac vice*)<br>jmg@glapionlaw.com<br>**THE GLAPION LAW FIRM, LLC**<br>1704 Maxwell Drive<br>Wall, New Jersey 07719<br>Telephone: 732-455-9737<br>Facsimile: 732-965-8006<br><br>Bradford R. Sohn<br>Florida Bar No. 98788<br>**THE BRAD SOHN LAW FIRM PLLC**<br>1600 Ponce DeLeon Boulevard<br>Suite 1205<br>Coral Gables, Florida 33134<br>Telephone: 786-708-9750<br>Facsimile: 305-397-0650<br><br>***Counsel for Plaintiff Tyler DeSouza and Putative Classes*** | Jonathan B. Morton<br>Florida Bar No. 956872<br>jonathan.morton@klgates.com<br>**K&L GATES LLP**<br>Southeast Financial Center<br>200 South Biscayne Boulevard<br>Suite 3900<br>Miami, Florida 33131<br>Telephone: 305-539-3300<br>Facsimile: 305-358-7095<br><br>Joseph C. Wylie<br> (admitted *pro hac vice*)<br>joseph.wylie@klgates.com<br>Nicole C. Mueller<br>(admitted *pro hac vice*)<br>nicole.mueller@klgates.com<br>**K&L GATES LLP**<br>70 W. Madison St.<br>Suite 3100<br>Chicago, Illinois 60602<br>Telephone: 312-372-1121<br>Facsimile: 312-827-8000<br><br>***Counsel for Defendant AeroCare Holdings LLC*** |

## LOCAL RULE 3.01(g) CERTIFICATION

Plaintiff hereby certifies that he has conferred with Defendant on this Motion, and Defendant consents to the relief sought herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served via CM/ECF on all counsel of record on this 31st day of March, 2023.

*/s/ Jeremy M. Glapion*
Jeremy M. Glapion
