# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TYLER DESOUZA,

        Plaintiff,

v.                                               Case No:   6:22-cv-1047-RBD-LHP

AEROCARE HOLDINGS LLC,

        Defendant

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL AND RELATED SETTLEMENT DOCUMENTS (Doc. No. 49)** |
| **FILED:** | **March 31, 2023** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for Plaintiff to file a motion for preliminary approval and certification of the settlement class, *see* Doc. No. 46, is extended up to and including **April 7, 2023**.

**DONE** and **ORDERED** in Orlando, Florida on April 3, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties