# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| TYLER DESOUZA, <br><br> Plaintiff, <br><br> v. <br><br> AEROCARE HOLDINGS LLC, <br><br> Defendant. | Case No. 6:22-cv-1047-RBD-LHP |

## CONSENT TO FILE FOURTH AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2)

Defendant AeroCare Holdings LLC, by and through its respective undersigned counsel, consents to Plaintiff's filing of the Fourth Amended Complaint, pursuant to Fed. R. Civ. P. 15(a)(2). In so doing, neither Defendant AeroCare nor newly-added Defendant AdaptHealth Corp. concede the facts outlined therein or waive any defenses or arguments thereto.

| | |
|---|---|
| */s/Jeremy M. Glapion* | */s/Jonathan B. Morton* |
| Jeremy M. Glapion <br> (admitted *pro hac vice*) <br> jmg@glapionlaw.com <br> **THE GLAPION LAW FIRM, LLC** <br> 1704 Maxwell Drive <br> Wall, New Jersey 07719 <br> Telephone: 732-455-9737 <br> Facsimile: 732-965-8006 | Jonathan B. Morton <br> Florida Bar No. 956872 <br> jonathan.morton@klgates.com <br> **K&L GATES LLP** <br> Southeast Financial Center <br> 200 South Biscayne Boulevard <br> Suite 3900 <br> Miami, Florida 33131 <br> Telephone: 305-539-3300 <br> Facsimile: 305-358-7095 |

313891657.1

| | |
|---|---|
| Bradford R. Sohn<br>Florida Bar No. 98788<br>**THE BRAD SOHN LAW FIRM PLLC**<br>1600 Ponce DeLeon Boulevard<br>Suite 1205<br>Coral Gables, Florida 33134<br>Telephone: 786-708-9750<br>Facsimile: 305-397-0650<br><br>*Counsel for Plaintiff Tyler DeSouza and Putative Classes* | Joseph C. Wylie<br> (admitted *pro hac vice*)<br>joseph.wylie@klgates.com<br>Nicole C. Mueller<br>(admitted *pro hac vice*)<br>nicole.mueller@klgates.com<br>**K&L GATES LLP**<br>70 W. Madison St.<br>Suite 3100<br>Chicago, Illinois 60602<br>Telephone: 312-372-1121<br>Facsimile: 312-827-8000<br><br>*Counsel for Defendant AeroCare Holdings LLC & AdaptHealth Corp.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served via CM/ECF on all counsel of record on April 6, 2023.

> /s/ Jeremy M. Glapion
> Jeremy M. Glapion

313891657.1