UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **TYLER DESOUZA,** on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br>v.<br><br>**AEROCARE HOLDINGS LLC; ADAPTHEALTH CORP.,**<br><br>**Defendants.** | Civil Case No.: 22-cv-1047 |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTELEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

Tyler DeSouza ("Plaintiff"), through his undersigned counsel, hereby moves for leave to file an overlength brief in support of his forthcoming Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class.

1. Plaintiff's Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class is presently due on April 7, 2023.
2. The Middle District of Florida's local rules limit motions to twenty-five pages without leave of the Court. L.R. 3.01(a).
3. The current draft of the memorandum in support of Plaintiff's forthcoming motion is approximately 28 substantive pages (i.e. excluding caption, table of contents, and signature block).
4. Revisions are ongoing to this draft, but Plaintiff does not anticipate additions that will significantly increase its length.
5. Accordingly, Plaintiff respectfully asks that the Court allow Plaintiff to file a Motion for Preliminary Approval of up to thirty (30) pages.
6. These additional pages are necessary to 1) explain the terms of the settlement 2) discuss and apply the standard for preliminary approval and 3) discuss and apply the standard for certification of a settlement class.
7. Plaintiff has consulted with Defendants' counsel, and Defendants consent to this request.

|  |  |
|---|---|
| Dated: April 6, 2023 | <u>*/s/ Jeremy M. Glapion*</u><br>Jeremy M. Glapion<br>**THE GLAPION LAW FIRM, LLC**<br>1704 Maxwell Drive<br>Wall, New Jersey 07719<br>Tel: 732.455.9737<br>Fax: 732.709.5150<br>jmg@glapionlaw.com |