UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **TYLER DESOUZA,** on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br>v.<br><br>**AEROCARE HOLDINGS LLC; ADAPTHEALTH CORP.,**<br><br>**Defendants.** | Civil Case No.: 22-cv-1047 |

**<u>Declaration of Jeremy M. Glapion In Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class</u>**

I, Jeremy M. Glapion, declare as follows:

1. I am the founder of Glapion Law Firm and a member in good standing of the State Bars of New Jersey and New York. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Glapion Law Firm is a plaintiff-side consumer protection firm with a focus on cases alleging violations of the Telephone Consumer Protection Act, Fair Debt Collection Practices Act, and consumer fraud.

3. Since May 2015, I have recovered over $1 million for clients in dozens, if not hundreds, of individual TCPA cases.

4. In addition, I have been appointed lead counsel in four separate TCPA class actions:

   a. *Willis et al. v. IHeartMedia, Inc.*, Case No. 16-CV-02455 (Cook County, Feb. 19, 2016) (co-lead counsel in successfully administered, $8.5m non-reversionary TCPA class settlement);

   b. *Allard et al. v. SCI Direct, Inc.*, Case No. 16-cv-01033 (M.D. Tenn. 2016) (sole lead counsel in successfully administered, $15 million non-reversionary TCPA class settlement);

   c. *Griffith v. ContextMedia, Inc.*, Case No. 16-cv-2900 (N.D. Illinois 2018) (co-lead counsel in successfully administered, $2.9 million, non-reversionary TCPA class settlement);

1

   d. *Walker v. Highmark BCBS Health Options, Inc.*, 2020 U.S. Dist. LEXIS 225998 (W.D. Pa. Dec. 13, 2022) (sole lead counsel in preliminarily approved $1.85m TCPA class action settlement, which is currently being administered).

5. I am currently litigating two other TCPA (or state law equivalent) putative class actions: *Verma v. Walden University*, 22-cv-776 (M.D. Fla.); and *Katz v. CHW Group, Inc.*, Case No. 22-cv-5198 (W.D. Ark.).

6. I have also been an invited panelist on a TCPA panel at the PCI Northeast General Counsel Conference.

7. Prior to founding Glapion Law Firm, I was an attorney at the law firm of Lieff Cabraser Heimann & Bernstein, LLP ("LCHB") in New York (2013-2015), a law clerk to The Honorable Freda L. Wolfson (D.N.J.) (2013), and an associate at Gibson Dunn & Crutcher (2012-2013).

8. While at LCHB, I was the primary associate on several high-profile consumer protection matters, including TCPA class cases such as *Henrichs v. Wells Fargo Bank, N.A.*, Case No. 13-CV-05434 (N.D. Cal.); *Ossola v. American Express Co.*, Case No. 13-cv-04836 (N.D. Ill.); and *Balschmiter v. TD Auto Finance, LLC*, Case No. 13-cv-01186 (E.D. Wisc.).

9. My experience in the matters listed above, as well as my knowledge of the TCPA gained through my handling numerous TCPA actions (both class and individual), has allowed me to develop the skills to successfully and capably manage

the legal, factual, and procedural issues that accompany TCPA class actions, and to evaluate the merits of this case and the submitted settlement.

Executed on this 7th day of April, 2023, at Manasquan, New Jersey.

<i>/s/ Jeremy M. Glapion</i><br>
Jeremy M. Glapion