# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TYLER DESOUZA,

      Plaintiff,

v.                                           Case No: 6:22-cv-1047-RBD-LHP

ADAPTHEALTH CORP.,

      Defendant

_____/

## DECLARATION OF BRADFORD R. SOHN

Bradford Rothwell Sohn declares as follows pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 years old and licensed to practice law in Florida.

2. I currently do so through my firm The Brad Sohn Law Firm, PLLC d/b/a Brad Sohn Law.

3. I am a graduate *cum laude* of Harvard University and the University of Miami School of Law.

4. My firm concentrates on the practice areas of complex litigation, class action, and individual catastrophic injury and wrongful death matters.

5. Most notably, I have served in multiple court-appointed capacities in the NFL Concussion Class Action, where I presently serve as Co-Lead Counsel in the Riddell Litigation in that MDL, before the Honorable Anita B. Brody. *In re National Football League Players' Concussion Injury Litigation*, 2:12-md-2323-AB, E.D. Pa.

6. I have also recently served as class counsel in *In re Champlain Towers South Condominium Collapse Litigation*, the "Surfside Condo Collapse Class Action", before the

Honorable Michael Hanzman. It was in this case that Judge Hanzman referred to me as part of the Miami legal "hall of fame", part of the "Mount Rushmore" of the Plaintiffs' bar, noted that "I didn't throw darts on a wall. I picked the lawyers who I knew or hoped would get the job done [including] Mr. Sohn", and further noted "You've got legendary lawyers … These are best there are, and they call came here to work for you. Mr. Sohn – I mean, I can't just name them all but everyone on this steering committee is on the top of their game."

7.   I have also played important roles in the Florida federal *Engle* Progeny Litigation (*In re Engle Cases*, 3:09-cv-10000-WGY, M.D. Fla.).

8.   I have prosecuted several previous individual and putative class action TCPA actions with Glapion Law.

9.   Prior to starting my firm in 2014, I also focused in these same areas of practice for nationally regarded Plaintiff's-side complex-litigation focused firms.

10.   My aggregate class and individual victim recoveries exceed $2,000,000,000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 6, 2023:  
Miami, Florida                                            Bradford R. Sohn