# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **TYLER DESOUZA,** on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br>v.<br><br>**AEROCARE HOLDINGS LLC; ADAPTHEALTH CORP.,**<br><br>**Defendants.** | Civil Case No.: 22-cv-1047 |

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), on October 19, 2023, the Parties conferred in good faith regarding Plaintiff's Motion for Attorneys' Fees and Costs. Defendants, through their counsel, informed Plaintiff's counsel that they will not file an opposition.

Dated: October 19, 2023

/s/ *Jeremy M. Glapion*
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com

1