UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **TYLER DESOUZA**, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>**AEROCARE HOLDINGS LLC,**<br><br>        Defendant. | Case No.22-CV-1047<br><br>CLASS ACTION<br><br>**DECLARATION OF OMAR SILVA RE: NOTICE PROCEDURES** |

I, Omar Silva, declare and state as follows:

1. I am a Senior Project Manager with KCC Class Action Services, LLC ("KCC"), located at Louisville, Kentucky. Pursuant to the Order Adopting the Report and Recommendation dated August 23, 2023, the Court appointed KCC as the Settlement Administrator in connection with the proposed Settlement of the above-captioned Action. I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

## CAFA NOTIFICATION

2. In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, KCC compiled a CD-ROM containing the following documents: Class Action Complaint, Amended Class Action Complaint, Second Amended Class Action Complaint, Defendant's Motion to Dismiss Second Amended Class Action Complaint, Third Amended Class Action Complaint, Defendant's Motion to Dismiss Count I of Third Amended Class Action Complaint, Fourth, Amended Class Action Complaint, Order to File Amended Complaint, Plaintiff's Opposition to Defendant's Motion to Dismiss, Motion for Preliminary Approval, Declaration of Bradford R Soh, Declaration of Christie K Reed, Declaration of Jeremy M Glapion, Long Form Notice, Postcard Notice, Claim Form, Email Notice, Settlement Agreement and a cover letter (collectively, the "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit A.

3. On April 14, 2023, KCC caused 58 CAFA Notice Packets to be mailed via PRIORITY Mail from the U.S. Post Office in Memphis, Tennessee to the parties listed on Exhibit B, i.e., the U.S. Attorney General, the Attorneys General of each of the 54 states or territories in which Settlement Class Members reside, and the District of Columbia.

4. As of the date of this Declaration, KCC has received 1 response to the CAFA Notice Packet from the Washington state's Attorney Generals Consumer Protection Division acknowledging the Settlement.

## CLASS LIST

5. On September 1, 2023, KCC received from Defendant's counsel a list of 32,756

persons identified as the Class List. The Class List included names, addresses, phone numbers, and e-mail addresses. KCC formatted the list for mailing purposes, removed 18 duplicate records, and processed the names and addresses through the National Change of Address Database ("NCOA") to update any addresses on file with the United States Postal Service ("USPS"). A total of 3,319 addresses were found and updated via NCOA. KCC updated its proprietary database with the Class List.

### MAILING OF THE NOTICE POSTCARD

6. On September 22, 2023, KCC caused the Notice Postcard to be printed and mailed to the 32,737 names and mailing addresses in the Class List. A true and correct copy of the Notice Postcard is attached hereto as Exhibit C.

7. Since mailing the Notice Postcards to the Class Members, KCC has received 265 Notice Postcards returned by the USPS with forwarding addresses. KCC immediately caused Notice Postcards to be re-mailed to the forwarding addresses supplied by the USPS.

8. Since mailing the Notice Postcards to the Class Members, KCC has received 772 Notice Postcards returned by the USPS with undeliverable addresses. Through credit bureau and/or other public source databases, KCC performed address searches for these undeliverable Notice Postcards and was able to find updated addresses for 178 Class Members. KCC promptly re-mailed Notice Postcards to the found new addresses.

### EMAILING OF THE NOTICE

9. On September 22, 2023, KCC sent an Email Notice to 27,350 class members. There were 365 class members whose Email Notice was returned undeliverable. On October 2, 2023, KCC made a second attempt to send the Email Notice to the 365 class members with undeliverable notices. There were 353 class members whose second Email Notice was returned undeliverable. On October 17, 2023, KCC made third attempt to send the Email Notice to 353 class members whose Email Notice was returned as undeliverable. There were 353 class members whose Email Notice was returned as undeliverable. A true and correct copy of the Email Notice is attached hereto as Exhibit D.

### SETTLEMENT WEBSITE

10. On or about September 22, 2023, KCC established a website (www.AdaptHealthTCPASettlement.com) dedicated to this matter to provide information to the Class Members and to answer frequently asked questions. The website URL was set forth in the Postcard Notice, Email Notice, toll-free telephone number, and Long-Form Notice. Visitors of the website can download copies of the Notice, Claim Form, and other case-related documents. Visitors can also submit claims online.

## TELEPHONE HOTLINE

11. KCC established and continues to maintain a toll-free telephone number (1-844-635-0258) for potential Class Members to call and obtain information about the Settlement, request a Notice Packet, and/or seek assistance from a live operator during regular business hours. The telephone hotline became operational on or about September 22, 2023, and is accessible 24 hours a day, 7 days a week.

## CLAIM FORMS

12. The postmark deadline for Class Members to file claims in this matter was November 21, 2023. To date, KCC has received a total of 19,535 claim forms; 19,519 are timely-filed and 16 are late-filed. Of those claim forms: 1,453 are valid as the phone number supplied in the claim form matches a phone number in the class list; 15,978 claims were found to be invalid as the phone number supplied in the claim does not match a phone number in the class list[1]; and 32 claims were found to be duplicates. KCC identified 2,056 claims that require further information. KCC is working diligently and cooperatively with Plaintiff's and Defendants' counsel to resolve these claims. KCC expects additional timely-filed claim forms to arrive over the next few weeks. It is possible the total number of valid claims could change slightly depending upon the number of claims received during that timeframe and as we continue to review claims received for validity.

---

[1] The majority of these 15,978 invalid claims were submitted after the Settlement was picked up by third-party websites.

**REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE**

13. The Notice informs Class Members that requests for exclusion from the Class must be postmarked no later than November 21, 2023. As of the date of this declaration, KCC has received one request for exclusion. A list with the Class Member requesting to be excluded is attached hereto as Exhibit E.

**OBJECTIONS TO THE SETTLEMENT**

14. The postmark deadline for Class Members to object to the settlement was November 21, 2023. As of the date of this declaration, KCC has received no objections to the settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 12, 2023.



OMAR SILVA

# EXHIBIT A



1 McInnis Parkway
Suite 250
San Rafael, CA 94903

April 14, 2023

VIA PRIORITY MAIL

«First» «Last»
«Company_1»
«Company_2»
«Address_2»
«Address_1»
«City», «State» «Zip»

Re:   Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

KCC Class Action Services, LLC is the independent third-party Administrator in a putative class action lawsuit entitled *DeSouza v. AeroCare Holdings, Inc.*, Case No. 22-cv-1047. K&L Gates LLP represents AeroCare Holdings, Inc. ("Defendant") in that Action. The lawsuit is pending before the Honorable Roy B. Dalton, Jr. in the United States District Court for the Middle District of Florida, Orlando Division. This letter is to advise you that Tyler DeSouza ("Plaintiff") filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on April 7, 2023.

| | |
|---|---|
| **Case Name:** | *DeSouza v. AeroCare Holdings, Inc.* |
| **Case Number:** | **22-cv-1047** |
| **Jurisdiction:** | United States District Court, Middle District of Florida, Orlando Division |
| **Date Settlement Filed with Court:** | April 7, 2023 |



«First» «Last»
April 14, 2023
Page 2

    Defendant denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), the documents referenced below are included on the CD that is enclosed with this letter:

1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the *Class Action Complaint, Amended Class Action Complaint, Second Amended Class Action Complaint, Defendant's Motion to Dismiss Second Amended Class Action Complaint, Third Amended Class Action Complaint, Defendant's Motion to Dismiss Count I of Third Amended Class Action Complaint, Fourth Amended Class Action Complaint, Order to File Amended Complaint,* and the *Plaintiff's Opposition to Defendant's Motion to Dismiss* are included on the enclosed CD.

2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** As of April 14, 2023, the Court has not yet scheduled a final fairness hearing in this matter. Plaintiff filed a *Motion for Preliminary Approval* requesting that the Honorable Roy B. Dalton, Jr. preliminarily approve the proposed Settlement. Copies of the *Motion for Preliminary Approval, Declaration of Bradford R Sohn, Declaration of Christie K Reed,* and the *Declaration of Jeremy M Glapion* are included on the enclosed CD.

3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** Copies of the *Long Form Notice, Postcard Notice, Claim Form,* and the *Email Notice* to be provided to the class are included on the enclosed CD.

4. **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Settlement Agreement* is included on the enclosed CD.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of April 14, 2023, no other settlement or agreement has been entered into by the Parties to this Action with each other, either directly or by and through their respective counsel.

6. **28 U.S.C. § 1715(b)(6) – Final Judgment:** No Final Judgment has been reached as of April 14, 2023, nor have any Notices of Dismissal been granted at this time.



«First» «Last»
April 14, 2023
Page 3

7. **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** While Defendant and KCC Class Action Services, LLC are in the process of gathering information on this issue, pursuant to 28 U.S.C. § 1715(b)(7)(A), at this time a complete list of names of class members as well as each State of residence is not available, because the parties do not presently know the names or current addresses of all the proposed settlement class members and will not learn this information until the Settlement is preliminarily approved and the Court authorizes dissemination of information about the Settlement through the Class Notice. Pursuant to 28 U.S.C. § 1715(b)(7)(B), it is estimated that there are approximately 32,000 individuals in the class.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at this time. As of April 14, 2023, there has been no written judicial opinion related to the settlement.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact the undersigned immediately so that Defendant can address any concerns or questions you may have.

Thank you.

Sincerely,

*/s/*
Fred Webb,
Case Coordinator

Enclosure – CD ROM

# EXHIBIT B

| Last | First | Company 1 | Company 2 | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Garland | Merrick | Attorney General of the United States | | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Taylor | Treg | Office of the Alaska Attorney General | | 1031 W. 4th Avenue, Suite 200 | | Anchorage | AK | 99501-1994 |
| Marshall | Steve | Office of the Alabama Attorney General | | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Griffin | Tim | Arkansas Attorney General Office | | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Mayes | Kris | Office of the Arizona Attorney General | | 2005 N. Central Avenue | | Phoenix | AZ | 85004 |
| CAFA Coordinator | | Office of the Attorney General | | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Weiser | Phil | Office of the Colorado Attorney General | | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Tong | William | State of Connecticut Attorney General | | 165 Capitol Avenue | | Hartford | CT | 06106 |
| Schwalb | Brian | District of Columbia Attorney General | | 400 6th St., NW | | Washington | DC | 20001 |
| Jennings | Kathy | Delaware Attorney General | | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Moody | Ashley | Office of the Attorney General of Florida | | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Carr | Chris | Office of the Georgia Attorney General | | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Lopez | Anne E. | Office of the Hawaii Attorney General | | 425 Queen Street | | Honolulu | HI | 96813 |
| Bird | Brenna | Iowa Attorney General | | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Labrador | Raúl | State of Idaho Attorney General's Office | | 700 W. Jefferson Street, Suite 210 | P.O. Box 83720 | Boise | ID | 83720-1000 |
| Raoul | Kwame | Illinois Attorney General | | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Rokita | Todd | Indiana Attorney General's Office | | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Kobach | Kris | Kansas Attorney General | | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Cameron | Daniel | Office of the Kentucky Attorney General | | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Landry | Jeff | Office of the Louisiana Attorney General | | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Campbell | Andrea | Attorney General of Massachusetts | | 1 Ashburton Place | 20th Floor | Boston | MA | 02108-1698 |
| Brown | Anthony G. | Office of the Maryland Attorney General | | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Frey | Aaron | Office of the Maine Attorney General | | State House Station 6 | | Augusta | ME | 04333 |
| Nessel | Dana | Office of the Michigan Attorney General | | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Keith Ellison | Attorney General | Attention: CAFA Coordinator | | 445 Minnesota Street | Suite 1400 | St. Paul | MN | 55101-2131 |
| Bailey | Andrew | Missouri Attorney General's Office | | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Fitch | Lynn | Mississippi Attorney General's Office | | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Knudsen | Austin | Office of the Montana Attorney General | | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Stein | Josh | North Carolina Attorney General | | Department of Justice | P.O.Box 629 | Raleigh | NC | 27602-0629 |
| Hilgers | Mike | Office of the Nebraska Attorney General | | State Capitol P.O. Box 98920 | | Lincoln | NE | 68509-8920 |
| Ford | Aaron | Nevada Attorney General | | Old Supreme Ct. Bldg. | 100 North Carson St. | Carson City | NV | 89701 |
| Formella | John | New Hampshire Attorney General | | Hew Hampshire Department of Justice | 33 Capitol St. | Concord | NH | 03301-6397 |
| Platkin | Matthew J. | Office of the New Jersey Attorney General | | Richard J. Hughes Justice Complex | 25 Market St.,  P.O. Box 080 | Trenton | NJ | 08625-0080 |
| Torrez | Raul | Office of the New Mexico Attorney General | | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| James | Letitia | Office of the New York Attorney General | | Dept. of Law - The Capitol | 2nd Floor | Albany | NY | 12224-0341 |
| Wrigley | Drew H. | North Dakota Office of the Attorney General | | State Capitol | 600 E. Boulevard Ave., Dept. 125 | Bismarck | ND | 58505-0040 |
| Yost | Dave | Ohio Attorney General | | Rhodes State Office Tower | 30 E. Broad St., 14th Flr. | Columbus | OH | 43215 |
| Drummond | Gentner | Oklahoma Office of the Attorney General | | 313 NE 21st St. | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | | Justice Building | 1162 Court St., NE | Salem | OR | 97301-4096 |
| Henry | Michelle A. | Pennsylvania Office of the Attorney General | | 16th Flr., Strawberry Square | | Harrisburg | PA | 17120 |
| Neronha | Peter | Rhode Island Office of the Attorney General | | 150 South Main St. | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211 |
| Jackley | Marty | South Dakota Office of the Attorney General | | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Skrmetti | Jonathan | Tennessee Attorney General and Reporter | | 425 5th Avenue North | | Nashville | TN | 37243 |
| Paxton | Ken | Attorney General of Texas | | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | | P.O. Box 142320 | | Salt Lake City | UT | 84114-2320 |
| Clark | Charity R. | Office of the Attorney General of Vermont | | 109 State St. | | Montpelier | VT | 05609-1001 |
| Miyares | Jason | Office of the Virginia Attorney General | | 202 North Ninth St. | | Richmond | VA | 23219 |
| Ferguson | Bob | Washington State Attorney General | | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Morrisey | Patrick | West Virginia Attorney General | | State Capitol Complex, Bldg. 1, Rm. E-26 | 1900 Kanawha Blvd. E. | Charleston | WV | 25305 |
| Kaul | Josh | Office of the Wisconsin Attorney General | | Dept. of Justice, State Capitol | Rm. 114 East, P.O. Box 7857 | Madison | WI | 53707-7857 |
| Hill | Bridget | Office of the Wyoming Attorney General | | 109 State Capitol | | Cheyenne | WY | 82002 |
| Ala'ilima-Utu | Fainu'ulelei Falefatu | American Samoa Gov't | | Dept. of Legal Affairs, c/o Attorney General | P.O. Box 7 | Utulei | AS | 96799 |
| Moylan | Douglas | Office of the Attorney General, ITC Building | | 590 S. Marine Corps Dr. | Suite 706 | Tamuning | Guam | 96913 |
| Manibusan | Edward | Northern Mariana Islands Attorney General | | Administration Building | P.O. Box 10007 | Saipan | MP | 96950-8907 |
| Hernández | Domingo Emanuelli | Puerto Rico Attorney General | | Torre Chardón, Suite 1201 | 350 Carlos Chardón Ave. | San Juan | PR | 00918 |
| Thomas-Jacobs | Carol | Virgin Islands Acting Atty. General, DOJ | | 3438 Kronprindsens Gade | GERS Complex, 2nd Floor | St. Thomas | VI | 00802 |
| Wylie | Joseph C. | K&L Gates LLP | | 70 West Madison Street | Suite 3300 | Chicago | IL | 60602 |

DC: 7187568-1

# EXHIBIT C

**LEGAL NOTICE**

*DeSouza v. AeroCare Holdings*
Settlement Administrator
P.O. Box 8060
San Rafael, CA 94912-8060

**If you received a text message from AeroCare inviting you to order CPAP supplies, you may qualify for a $160 payment from a class action settlement.**

1-844-635-0258

www.AdaptHealthTCPASettlement.com

«Barcode»

Postal Service: Please do not mark barcode

Claim ID: <<Claim8>>
PIN Code: <<PIN>>

ADSZ-«Claim8»-«CkDig»
«FirstNAME» «LastNAME»
«Addr2»
«Addr1»
«City», «State»«FProv» «Zip»«FZip»
«FCountry»



VISIT THE SETTLEMENT WEBSITE BY SCANNING THE PROVIDED QR CODE

**ADSZ**

## Claim Form

Claim#: <<Claim8>>

**You must submit a completed Claim Form on or before November 21, 2023 to receive a payment from the Settlement. Mail this postcard, postmarked on or before November 21, 2023, or submit a Claim Form online at www.AdaptHealthTCPASettlement.com.**

**CLAIMANT INFORMATION** (Complete this section only if submitting a Change of Address request.)

First Name: _____   Last Name: _____

Street Address: _____

City: _____   State: _____   ZIP Code: _____

**CERTIFICATION**

Telephone Number at which you received text messages from the AdaptHealth Parties: _____

◯ I certify that, by submitting this Claim Form, I received more than one text message from the AdaptHealth Parties inviting me to order CPAP supplies, after I had replied "stop" or its equivalent to one of the AdaptHealth Parties' text messages.

◯ I agree that, by submitting this Claim Form, the information in this Claim Form is true and correct to the best of my knowledge.

_____   _____
Signature                                                                                                                                Date (mm/dd/yyyy)



«BARCODE»



VISIT THE SETTLEMENT WEBSITE BY SCANNING THE PROVIDED QR CODE



«Claim8»

A proposed Settlement has been reached with AeroCare Holdings, LLC and AdaptHealth Corp. (together the "AdaptHealth Parties" or "Defendants") claiming the AdaptHealth Parties initiated telemarketing text messages to persons who previously sent the AdaptHealth Parties a message saying "stop" or its equivalent, in violation of federal and state laws.

**Who's included?** The Settlement includes: from November 23, 2018 through the date notice is provided to the Settlement Class, all persons to whose telephone number the AdaptHealth Parties initiated, or had initiated on their behalf, more than one text message in a 12-month period for the purpose of inviting the recipient to order CPAP supplies, after the recipient had replied "stop" or its equivalent to one of the AdaptHealth Parties' text messages ("Settlement Class Members"). If you're receiving this Notice, our records indicate you are likely a Class Member.

**What does the Settlement provide?** If the proposed Settlement is approved and becomes final, the AdaptHealth Parties will pay $160 to each Settlement Class Member who submits a valid Claim Form.

**How do I get a payment?** You must submit a valid Claim Form by **November 21, 2023**. Simply tear off the double-sided prepaid postcard Claim Form, complete it, and place it in the mail. Claim Forms may also be submitted online at www.AdaptHealthTCPASettlement.com or printed from the website and mailed to the address on the form.

**What are my other options?** If you do nothing, your rights will be affected and you won't get a payment. If you don't want to be legally bound by the Settlement, you must exclude yourself from it by **November 21, 2023**. Unless you exclude yourself, you won't be able to sue or continue to sue Defendants or the Released Persons for any claim made in this lawsuit or released by the Class Action Settlement Agreement and Release. If you stay in the Settlement (*i.e.*, don't exclude yourself), you may object to it and ask for permission for you or your lawyer to appear and speak at the hearing—at your own cost—but you don't have to. Objections are due by **November 21, 2023**.

**The Court's Final Approval Hearing.** The Court will hold a Final Approval Hearing in this case (*Tyler DeSouza v. AeroCare Holdings, LLC; AdaptHealth Corp.*, Case No. 22-cv-1047) on January 25, 2024 to consider whether to approve: the Settlement; a request for attorneys' fees not to exceed 25% of the amount calculated by multiplying $160 by the number of Settlement Class Members (currently understood to be 30,025), and costs.

**Want more information?** Call 1-844-635-0258; visit www.AdaptHealthTCPASettlement.com; or write to *DeSouza v. AeroCare Holdings* Settlement Administrator, P.O. Box 8060, San Rafael, CA 94912-8060.

**ADSZ**

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 1251    SAN RAFAEL, CA

POSTAGE WILL BE PAID BY ADDRESSEE

DESOUZA V AEROCARE HOLDINGS
SETTLEMENT ADMINISTRATOR
PO BOX 8060
SAN RAFAEL CA 94912-9960

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# EXHIBIT D

Claim ID: <<Claim8>>-<<CkDig>>
PIN: <<PIN>>

## If you received a text message from or on behalf of AeroCare inviting you to order CPAP supplies, you may qualify for a $160 payment from a class action settlement.

A proposed Settlement has been reached with AeroCare Holdings, LLC and AdaptHealth Corp. (together the "AdaptHealth Parties" or "Defendants") claiming the AdaptHealth Parties initiated telemarketing text messages to persons who previously sent the AdaptHealth Parties a message saying "stop" or its equivalent to one of the AdaptHealth Parties' text messages, in violation of federal and state laws.

**Who's included?** Included in the Settlement are: from November 23, 2018, through the date notice is provided to the Settlement Class all persons to whose telephone number the AdaptHealth Parties initiated, or had initiated on their behalf, more than one text message in a 12-month period for the purpose of inviting the recipient to order CPAP supplies, after the recipient had replied "stop" or its equivalent to one of the AdaptHealth Parties' text messages ("Settlement Class Members"). If you're receiving this Notice, our records indicate you are likely a Class Member.

**What does the Settlement provide?** If the proposed Settlement is approved and becomes final, the AdaptHealth Parties will pay $160 to each Settlement Class Member who submits a valid Claim Form.

**How do I get a payment?** You must submit a valid Claim Form by **November 21, 2023**. Claim Forms may be submitted online or printed from www.AdaptHealthTCPASettlement.com. Claim Forms may be submitted using the prepaid postcard or submitted online.

**Your other options.** If you do nothing, your rights will be affected and you won't get a payment. If you don't want to be legally bound by the Settlement, you must exclude yourself from it by **November 21, 2023**. Unless you exclude yourself, you won't be able to sue or continue to sue Defendant or the Released Persons for any claim made in this lawsuit or released by the Class Action Settlement Agreement and Release. If you stay in the Settlement (*i.e.*, don't exclude yourself), you may object to it and ask for permission for you or your lawyer to appear and speak at the hearing—at your own cost—but you don't have to. Objections are due by **November 21, 2023**.

**The Court's Final Approval Hearing.** The Court will hold a Final Approval Hearing in this case (*Tyler DeSouza v. AeroCare Holdings, LLC; AdaptHealth Corp.*, Case No. 22-cv-1047) on January 25, 2024 to consider whether to approve: the Settlement; a request for attorneys' fees not to exceed 25% of the amount calculated by multiplying $160 by the number of Settlement Class Members (currently understood to be 30,025), and costs.

**Want more information?** Visit www.AdaptHealthTCPASettlement.com; call 1-844-635-0258; or write to *DeSouza v. AeroCare Holdings* Settlement Administrator, P.O. Box 8060, San Rafael, CA 94912-8060.

# EXHIBIT E

| First Name | Last Name |
|---|---|
| RITA | TESSU |