**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

TYLER DESOUZA,

    Plaintiff,

v.                                              Case No:  6:22-cv-1047-RBD-LHP

AEROCARE HOLDINGS LLC,

    Defendant.

---

| | |
|---|---|
| **JUDGE:** Roy B. Dalton, Jr. | |
| **DEPUTY CLERK:** Ann Lindstrand | **COUNSEL FOR PLAINTIFF:** Jeremy Glapion |
| **COURT REPORTER:** Heather Suarez  heather@stenosuarez.com | **COUNSEL FOR DEFENDANTS:** Joseph Wylie |
| **SCHEDULED DATE/TIME:** February 13, 2024 at 10:00 AM | |

---

## MINUTES
### Final Fairness Approval Hearing

Case called.  Appearances made by counsel.

The Court hears argument from both parties re: Motion for Settlement Approval (Doc. 63).

Order to follow.

Court is adjourned.

Time in court:  10:00 A.M. – 10:26 A.M. ;
Total time in court:  26 Minutes